IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRELL WILLIAMS-BEY,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 14-0490-CG-C |
| **DAVID B. CARPENTER, II, et al.** | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that Defendants', David B. Carpenter, II, Ric Yelding, and Donald Bell, motion for summary judgment is **GRANTED** and the claims presented by the Plaintiff Darrell Williams-Bey are **DISMISSED** with prejudice.

**DONE and ORDERED** this 29th day of July, 2015.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE