IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARRELL WILLIAMS-BEY,** : | |
| : | |
|     **Plaintiff,** : | |
| : | |
| vs. : | CIVIL ACTION 14-0490-CG-C |
| : | |
| **DAVID B. CARPENTER, II, et al.** : | |
| : | |
|     **Defendants.** : | |

## **JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Darrell Williams-Bey recover nothing and the claims made against Defendants David B. Carpenter, II, Ric Yelding, and Donald Bell are hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 29th day of July, 2015.

                                                /s/   Callie V. S. Granade
                                              UNITED STATES DISTRICT JUDGE